Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

☑ FILED _____ LODGED
_____ RECEIVED _____ COPY

AUG – 4 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of

Division

( SELF ) LEONARD Dwight O'DELL
)
) Case No. __CV-21-00313-TUC-SHR__
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) *(to be filled in by the Clerk's Office)*
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* ) Jury Trial: *(check one)* ☑ Yes ☐ No
-v- )
)
)
)
)
)
)
SANTA RITA LANDSCAPING LLC. )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

*POLICE ASST WAS CALLED @ 5:40 - 6:40 AM W/ NO OFFICER HELP ONLY OPERATOR INSTRUCTION.*

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

KEONE, NATHAN,
Name          CHARLiE, Joe, Jose, TOM @ SANTA RITA LANDSCAPING THIS
Street Address    755 W. GRANT ROAD
City and County    TUCSON / PIMA COUNTY
State and Zip Code  ARIZONA 85705.
Telephone Number   520-623-0921
E-mail Address     SANTRITALANDSCAPING @ GMAIL.COM,

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case                    BIASED, NEGLiGENCE,

Defendant No. 1

Name                                TOM.

Job or Title *(if known)*           SUPERVISOR ?

Street Address                      755 W. GRANT Road

City and County                     TUCSON / PIMA

State and Zip Code                  AZ   85705

Telephone Number                    520-623-0421

E-mail Address *(if known)*         SANTA RITA LANDSCAPING.COM.

Defendant No. 2

Name                                KEONE.

Job or Title *(if known)*           FOREMAN

Street Address                      755 W. GRANT Road

City and County                     TUCSON XPIMA

State and Zip Code                  ARIZONA  85705

Telephone Number                    520-623-0421

E-mail Address *(if known)*         SANTA RITA.COM

Defendant No. 3

Name                                JOE

Job or Title *(if known)*           FOREMAN

Street Address                      755 W. GRANT Road

City and County                     TUCSON/PIMA

State and Zip Code                  ARIZONA  85705

Telephone Number                    520-623-0421

E-mail Address *(if known)*         SANTARITA.COM

Defendant No. 4

Name                                NATHAN

Job or Title *(if known)*           LEAD I

Street Address                      755 W. GRANT Road

City and County                     TUCSON, ARIZONA

State and Zip Code                  85705

Telephone Number                    520-623-0421

E-mail Address *(if known)*         SANTARITA.COM

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*ARE THERE FEDERAL LABOR LAWS.*
*WHAT PEOPLE GET TO WORK.*
*IS ARIZONA AN EQUAL OPPECTUNITY EMPLOYEE.*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _LEONARD Dwight O'DELL._ , is a citizen of the
   State of *(name)* _ARIZONA_ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated
   under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _PATRICK_ , is a citizen of
   the State of *(name)* _ARIZONA_ . Or is a citizen of
   *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* _SANTA RITA_ , is incorporated under
the laws of the State of *(name)* _ARIZONA_ , and has its
principal place of business in the State of *(name)* _ARIZONA_ .
Or is incorporated under the laws of *(foreign nation)* _?_ ,
and has its principal place of business in *(name)* _TUCSON ARIZONA_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**III.**    **Statement of Claim** I WAS DEFAMED, MENTALLY ANGUISHED, BIASLY WORKED IN HEAT W/O ELECTROLYTE BOOSTERS OR ANY WATER FROM SUPERVISOR THAN ALSO SHOWING NEGLIGENCE, AND TERMINATING FOR FREE SPEECH W/ COLLEAGUE

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THIS OCCURED @ 1002 MAIN AVE AT SALVATION ALSO.

**IV.**    **Relief** $20,000.00 AND MY job back AS FOREMAN BECAUSE THIS WAS WITNESSED BY EVERYONE.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08-07-2021

Signature of Plaintiff

Printed Name of Plaintiff    Leonard D. O'Dell

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____